Yusuf J. NURALDIN, Founder and President of "Kaleidoscope" ("Zebra Team") on behalf of himself and all other similarly situated Zebra Team member(s)/Associates (1st Amendment Association Rights, with) Anthony Farella Sr., Police Officer & part-time centro employee; Mrs. Felicia A. Townsend, Plaintiff–Appellant,

v.

Robert COLUCCI Jr., Chairman, Board of Directors, Centro, Brian M. Schult, Vice Chairman, Board of Directors, Centro, Warren Frank, Former Ceo, Centro, Joe Calabrese, Former Ceo, Centro, Frank Kobliski, Former Ceo, Centro, John Renock, Senior VP of Operations, Centro, Joe Degray, VP of Operations, Centro, Steve Share, VP of Finance, Centro, Richard Lee, VP of Human Resources, Centro, Gary Nordheim, Employee Relations Manager, Centro, Jackie Musengo, Benefits Manager, Centro, Audrey Tucker, Light Duty Coordinator, Centro, Leo Williams, Loead Outside Supervisor, Centro, Dave Mix, Supervisor, Centro, Duke Bailey, Supervisor, Centro, Angela Gholston, Supervisor, Centro, Darryl Vanderpool, Outside Supervisor, Centro, Elizabeth Unislawski, Personal Secretary of Senior VP John Renock, Centro, Patty Dishaw, Manager Service Development, CENTRO, Joe Sperato, Dispatch Supervisor, Centro, Craig Williams, Former Dir. of Human Resources, Centro, Tom Shallcross, Former Manager of all CENTRO supervisors, Mike Jablinski, Former Employee Relations Manager, Centro, Carl Baker, Former Employee Relations Manager, CENTRO, Scott Vanderpool, Former Manager Supervisor, Centro, Waverly Faison, Security, Centro, Shawn McManus, Bus Operator, Centro, Robert C. Sprague Jr., Former Chief Admin. Officer, Centro, Kathy Fuller, Supervisor of Regional Transportation Center, Centro, Warren Woodruff, Manager RTC, Centro, Angelic Mason, Supervisor,

112

Centro, Dave Kriesal, Former Supervisor, Centro, Lon Large, Dispatch Supervisor, Centro, Ed Muellar, Former Union VP, Frank Miller, Ferrara, Fiorenza, Larrison, Barrett & Reitz, P.C., Centro's Law Firm, Craig M. Atlas, Ferrara, Fiorenza, Larrison, Barrett & Reitz, P.C., Centro's Law Firm, Ferrara, Fiorenza, Larrison, Barrett & Reitz, P., Centro's Law Firm, Miles Lawlor, Ferrara, Fiorenza, Larrison, Barrett & Reitz, P.C., Centro's Law Firm, Amalgamated Tranit Union, International and/or Local 580, Warren George, International Union President, Joseph Welch, International VP, Chuck Watson, Business Agent, Secretary Treasurer, John Campbell, Former Union Pres., Dorothy Hunter, Former Union VP, Pres., Mary Neguent, Former Union Sec., Al Parker, Former Union VP, Bill Montroy, Union Rep., Homer Davis, Former Trial Committee Investigator, Bonnie Krell, Union Member, Bob Fairchild, Union Member, Mike Conway, Union Member, Mary Jane Tortorici, Former Union Board Member, Perry Tarquino, Retired Member, Elliott Rouse, Retired Union Member, Carlton Derby, Union Member, Tyrone Burke, Former Centro Supervisor, now Union, Scott Hamilton, Union Board Member, Kenneth Orr, Former Union Trial Committee, Dana McMahon, Union Trial Committee, Bill Miner, Union Trial Committee, Jeff Keller, Union Trial Committee, Frank Chapman, VP, John Ziemba, former Union Board Member, Stephanie A. Miner, Blitman & King, Union Local 580's Lawyers, N.Y. State Workers Compensation Board, Karl A. Henry, N.Y. State Workers Compensation Board, Scott C. Firestone, N.Y. State Workers Compensation Board, Carol G. McManus, N.Y. State Workers Compensation Board, Judge Boher, WCB State Employee, Vanessa E. Jackson, Court Stenographer, Michele Zajac, WCB Admin, Michael J. O'Brien, WCB Attorney, Attorney Woods, Centro's WCB Lawyer, Attorney Richmond, Centro's WCB Lawyer, Perma, Centro's WCB Insurance Carrier, Jane Mokay, Agent Perma, RMSCO, Centro's Disability No–Fault Insurance Carrier, Jane Miles, Agent Rmsco, N.Y. State Unemploytment Insurance Board, Jane Doe–Chairperson NYS, Unemployment Insurance Board, Chairperson N.Y. State Unemployment Insurance Board, John Doe–Intake Specialist NYS Unempoyment Insura, Don Livingston, Case Manager Specialist, N.Y. State Unemployment Insurance Board, Zurich American Insurance Company, John Doe–Chairperson NYS Unemplyment Insurance, Chairperson, N.Y. State Unemployment Insurance Board, Jane Doe–RMSCO, Ceo, RMSCO, John Doe–RMSCO, Ceo, RMSCO, Jane Doe–Perma, Ceo, Perma, John Doe–Perma, Ceo, Perma, Jane Doe–Zurich American Insurance Company, Ceo, John Doe–Zurich American Insurance Company, CEO, Adolfo S. Hernandez, Claims Examiner, Central New York Transportation Authority, Centro Board of Directors, H.J. Hubert, Treasurer, G. Joseph Chalifoux, Member, Nicholas F. Laino, Member, Vincent A. O'Neil, Member, Darlene D. Lattimore, Secretary, Deraux L. Branch, Member, Mary Davis, Advisor, State of New York Unified Court System, Onondaga Supreme Court, Onondaga County Court, Mary Thomason, Deborah Stoltz, Mary Lou Crowley, William R. Roy, Honorable Justice, Matthew E. Bergerton, Attorney, Satter & Andrews, LLP, Ellie Ruston, Former Outside Supervisor, Defendants–Appellees.

No. 08–2829–cv.

United States Court of Appeals, Second Circuit.

April 22, 2010.

Yusuf J. Nuraldin, pro se, Liverpool, NY, for Appellant.

Miles G. Lawlor; Ferrara, Fiorenza, Larrison, Barrett & Reitz; East Syracuse, NY, for Defendants–Appellees Frank Kobliski, John Renock, Joseph DeGray, Steven Share, and Richard Lee.

PRESENT: AMALYA L. KEARSE, ROBERT D. SACK, and DEBRA ANN LIVINGSTON, Circuit Judges.

### SUMMARY ORDER

Appellant Yusuf J. Nuraldin, *pro se,* appeals from the district court's May 22, 2008 post-judgment order denying his motion "to amend or make additional findings" and "for reconsideration of judgment and modification or clarification of" the district court's February 15, 2008 order dismissing his civil rights complaint. We assume the parties' familiarity with the underlying facts, procedural history of the case, and issues on appeal. Upon due consideration of the district court record and the parties' submissions, we find no abuse of discretion in the district court's decision. *See Sequa Corp. v. GBJ Corp.,* 156 F.3d 136, 143 (2d Cir.1998); *Transaero, Inc. v. La Fuerza Aerea Boliviana,* 162 F.3d 724, 729 (2d Cir.1998).

For the foregoing reasons, the order of the district court is hereby **AFFIRMED.**